UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGELI RIOS-MARTINEZ,

            Petitioner,

v.

WARDEN, ADELANTO ICE
PROCESSING CENTER,

            Respondent.

No. 1:26-cv-04224-DJC-JDP

ORDER

Following entry of judgment, Respondent filed a motion requesting that the Court grant relief from judgment or a motion for reconsideration. (ECF No. 10.) Respondent argues that because Petitioner was, at the time the petition was filed, housed outside the district, the Court lacked jurisdiction to order Petitioner's release. This issue was not raised by Respondent prior to the Court's order and the entry of judgment. (*See* ECF No. 6.) This issue does not implicate the Court's subject matter jurisdiction. *See Singh v. Barr*, No. 20-cv-02346-VKD, 2020 WL 2512410, at *4 (N.D. Cal. May 15, 2020) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, (2004)); *see also Gustafson v. Williams*, No. 2:09-cv-01225-KJD-LRL, 2010 WL 1904518, at *2 (D. Nev. May 10, 2010). As such, Respondent's failure to previously raise this issue renders the argument waived.

1

Accordingly, Defendant's Motion for Relief from Judgment or Motion for Reconsideration (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE